# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| **LONNIE JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.: 2:20-CV-00201-TBM-MTP** |
| **CITY OF LAUREL, MISSISSIPPI** | **DEFENDANT** |

## ORDER

The parties have stipulated to the dismissal of Defendant City of Laurel, Mississippi, with prejudice. *See* Doc. No. 14.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant City of Laurel, Mississippi, shall be dismissed from this case with prejudice.

SO ORDERED, this the 23rd day of March 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE